**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**

**CIVIL NO. 1:06CV316**
**(1:04CR43-10)**

| | |
|---|---|
| **BILLY EUGENE PROFFITT, JR.,** )<br>)<br>Petitioner, )<br>)<br>Vs. )<br>)<br>**UNITED STATES OF AMERICA,** )<br>)<br>Respondent. )<br>) | **O R D E R** |

**THIS MATTER** is before the Court on the Petitioner's application for a certificate of appealability.

In the Court's Order of Dismissal filed November 15, 2006, the Petitioner was granted a certificate of appealability to the Fourth Circuit Court of Appeals. *See*, **Order of Dismissal, filed November 15, 2006, at 2**. Therefore, the current application is moot.

**IT IS, THEREFORE, ORDERED** that the Petitioner's application for a certificate of appealability is hereby **DENIED** as moot.

Signed: February 14, 2007

Lacy H. Thornburg
United States District Judge